No. 82–107. MILES *v.* SHUR-GOOD BISCUIT CO., INC., ET AL. Appeal from Ct. App. Ohio, Hamilton County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–193. LAMPKIN-ASAM *v.* MIAMI DAILY NEWS, INC., DBA THE MIAMI NEWS, ET AL. Appeal from Dist. Ct. App. Fla., 3d Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–5064. ROBINSON *v.* BERG ET AL. Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–5089. JONES *v.* FREDERICKSBURG DEPARTMENT OF PUBLIC WELFARE AND SOCIAL SERVICES. Appeal from Sup. Ct. Va. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–5102. JOHNSON *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO; and JOHNSON *v.* MARSHALL. Appeal from C. A. 6th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. Reported below: 703 F. 2d 563 (second case).

No. 82–5105. PHILLIPS, AKA HASLEM *v.* MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY. Appeal from Sup. Ct. Ohio dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.